IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRUCE COMMITTE**,

    Plaintiff,

v.

**OREGON STATE UNIVERSITY**,
**JOHN and JANE DOES,**

    Defendants.

**Civ. No. 6:16-cv-0962-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Plaintiff, *pro se*, filed a complaint against Oregon State University and John and Jane Does on May 31, 2016. Compl., ECF No. 2. On August 11, 2016, this Court issued an opinion granting defendant's Motion to Dismiss (Def's Mot., ECF No. 7) and dismissing plaintiff's complaint, Committee's § 1983 Equal Protection claim as preempted and Committee's ADEA claims as barred by sovereign immunity. Order 1–6, ECF No. 8. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until September 12, 2016 "to file an amended complaint curing the deficiencies identified." *Id*. at 6. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 8, this action is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 28th day of September, 2016.

                                                 /s/ Michael J. McShane
                                                 **Michael J. McShane**
                                          **United States District Judge**

1 – OPINION AND ORDER